

**Exhibit 11**

U.S. Department of Justice

**Federal Bureau of Investigation**
*Washington, D.C. 20535*

April 15, 2026

MR. JASON LEOPOLD

FOIPA Request No.: 1732049-000
Subject: Emails to/from djb.dd@fbi.gov
referencing "Epstein" (March 1, 2025 through
December 31, 2025)

Dear Mr. Leopold:

This acknowledges receipt of your Freedom of Information/Privacy Acts (FOIPA) request to the FBI. Below you will find check boxes and informational paragraphs about your request, as well as specific determinations required by these statutes. Please read each one carefully.

☑ Your request has been received at FBI Headquarters for processing.

☑ You submitted your request via the FBI's eFOIPA system.

☑ Future correspondence about your FOIPA request will be provided in an email link unless the record file type is not supported by the eFOIPA system.

☐ Correspondence for requests containing audio, video, or high-resolution photographs cannot be sent through the eFOIPA system. Future correspondence about your FOIPA request will be delivered through standard mail.

☐ The subject of your request is currently being processed and documents subject to the FOIPA will be released to you upon completion.

☐ Release of responsive records subject to the FOIPA will be posted to the FBI's electronic FOIA Library (The Vault), http:/vault.fbi.gov, and you will be contacted when the release is posted.

☑ Your request for a public interest fee waiver is under consideration and you will be advised of the decision if fees are applicable. If your fee waiver is not granted, you will be responsible for applicable fees per your designated requester fee category below.

☑ For the purpose of assessing any fees, we have determined:

☐ As a commercial use requester, you will be charged applicable search, review, and duplication fees in accordance with 5 USC § 552 (a)(4)(A)(ii)(I).

☑ As an educational institution, noncommercial scientific institution or representative of the news media requester, you will be charged applicable duplication fees in accordance with 5 USC § 552 (a)(4)(A)(ii)(II).

☐ As a general (all others) requester, you will be charged applicable search and duplication fees in accordance with 5 USC § 552 (a)(4)(A)(ii)(III).

Please check the status of your FOIPA request at www.vault.fbi.gov by clicking on "Check Status of your FOI/PA Request." Status updates are adjusted weekly. The status of newly assigned requests may not be available until the next weekly update. If the FOIPA has been closed, the notice will indicate that appropriate correspondence has been mailed to the address on file.

Additional information about the FOIPA can be found at www.fbi.gov/foia. Should you have questions regarding your request, please feel free to contact foipaquestions@fbi.gov. Please reference the FOIPA Request number listed above in all correspondence concerning your request.

If you are not satisfied with the FBI's determination in response to this request, you may proceed under any or all of the following options:

- You may seek dispute resolution services through the FBI directly by emailing our FOIA Public Liaison at foipaquestions@fbi.gov. The subject heading should clearly state "Dispute Resolution Services." Please also cite the FOIPA Request Number assigned to your request so it may be easily identified.

- You may contact the Office of Government Information Services (OGIS), who serves as the federal FOIA Ombudsman. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

- You may file an administrative appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, 441 G Street, NW, 6th Floor, Washington, D.C. 20530, or you may submit an appeal through OIP's FOIA STAR portal by creating an account following the instructions on OIP's website: https://www.justice.gov/oip/submit-and-track-request-or-appeal. **Pursuant to 28 C.F.R. § 16.8(a), your appeal must be postmarked or electronically transmitted within ninety (90) days of the date of this response to your request.** If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Please reference the FOIPA Request Number listed above in your correspondence so it may be easily identified. If possible, please provide a copy of your original request and this response letter with your appeal.

Note: Utilizing the FBI's dispute resolution services or requesting mediation through OGIS does not toll the ninety (90) day limit to file a timely appeal with OIP.

Sincerely,

Amie M. Napier
Section Chief
Record/Information Dissemination Section
Information Management Division

**U.S. Department of Justice**

**Federal Bureau of Investigation**
*Washington, D.C. 20535*

April 15, 2026

MR. JASON LEOPOLD

FOIPA Request No.: 1732049-000
Subject: Emails to/from djb.dd@fbi.gov
referencing "Epstein" (March 1, 2025 through
December 31, 2025)

Dear Mr. Leopold:

Please be advised that "unusual circumstances" apply to the processing of your request. See 5 U.S.C. § 552 (a)(6)(B)(iii). "Unusual circumstances" include one or more of the following scenarios:

- There is a need to search for and collect records from field offices and/or other offices that are separate from the FBI Record/Information Dissemination Section (RIDS).

- There is a need to search for, collect, and examine a voluminous amount of separate and distinct records.

- There is a need for consultation with another agency or two or more DOJ components.

These "unusual circumstances" will delay our ability to make a determination on your request within 20 days (excluding weekend and legal public holidays). Additionally, the payment of pertinent fees may apply to your request. See 5 U.S.C. § 552 (a)(4)(A)(viii).

The application of "unusual circumstances" is not a determination of how the FBI will respond to your substantive request, this letter provides notice that these "unusual circumstances" apply to processing and delay the determination of your request. See 5 U.S.C. §§ 552 (a)(6)(A)(viii); (a)(6)(B).

You have the opportunity to reduce the scope of your request; this will accelerate the process and could potentially place your request in a quicker processing queue. This may also reduce search and duplication costs and allow for a more timely receipt of your information. The FBI uses a multi-queue processing system to fairly assign and process new requests. Simple request queue cases (50 pages or less) usually require the least time to process.

Please advise in writing if you would like to discuss reducing the scope of your request. Provide a telephone number, if one is available, where you can be reached between 8:00 a.m. and 5:00 p.m., Eastern Standard Time. Mail your response to: **Initial Processing Operations Unit; Record/Information Dissemination Section; Information Management Division; Federal Bureau of Investigation; 200 Constitution Drive; Winchester, VA 22602**. You may also email your response to: foipaquestions@fbi.gov.

Additional information about the FOIPA can be found at www.fbi.gov/foia. Should you have questions regarding your request, please feel free to contact foipaquestions@fbi.gov. Please reference the FOIPA Request number listed above in all correspondence concerning your request.

If you are not satisfied with the FBI's determination in response to this request, you may proceed under any or all of the following options:

- You may seek dispute resolution services through the FBI directly by emailing our FOIA Public Liaison at foipaquestions@fbi.gov. The subject heading should clearly state "Dispute Resolution Services." Please also cite the FOIPA Request Number assigned to your request so it may be easily identified.

- You may contact the Office of Government Information Services (OGIS), who serves as the federal FOIA Ombudsman. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

- You may file an administrative appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, 441 G Street, NW, 6th Floor, Washington, D.C. 20530, or you may submit an appeal through OIP's FOIA STAR portal by creating an account following the instructions on OIP's website: https://www.justice.gov/oip/submit-and-track-request-or-appeal. **Pursuant to 28 C.F.R. § 16.8(a), your appeal must be postmarked or electronically transmitted within ninety (90) days of the date of this response to your request.** If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Please reference the FOIPA Request Number listed above in your correspondence so it may be easily identified. If possible, please provide a copy of your original request and this response letter with your appeal.

Note: Utilizing the FBI's dispute resolution services or requesting mediation through OGIS does not toll the ninety (90) day limit to file a timely appeal with OIP.

Sincerely,

*Amie M. Napier*

Amie M. Napier
Section Chief
Record/Information Dissemination Section
Information Management Division

**Exhibit 12**

## Individual Information

| | |
|---|---|
| **Prefix** | |
| **First Name** | Jason |
| **Middle Name** | |
| **Last Name** | Leopold |
| **Suffix** | |
| **Email** | jasonleopold@gmail.com |
| **Phone** | |
| **Location** | United States |

## Domestic Address

| | |
|---|---|
| **Address Line 1** | |
| **Address Line 2** | |

City

State

Postal

## Agreement to Pay

**How you will pay** | I am requesting a fee waiver for my request and have reviewed the FOIA reference guide. If my fee waiver is denied, I am willing to pay additional fees and will enter that maximum amount in the box below.

**Allow up to $** | 250

## Proof Of Affiliation for Fee Waiver

**Waiver Explanation**

I am a senior investigative reporter for Bloomberg News and formerly senior investigative reporter for BuzzFeed News and formerly senior investigative reporter and on air correspondent for VICE News. Additionally, my reporting has been published in The Guardian, The Wall Street Journal, The Financial Times, Salon, CBS Marketwatch, The Los Angeles Times, The Nation, Truthout, Al Jazeera English and Al Jazeera America. I am filing this request on behalf of myself and Bloomberg News.

I request a complete waiver of all search and duplication fees. If my request for a waiver is denied, I request that I be considered a member of the news media for fee purposes.

Under 5 U.S.C. §552(a)(4)(A)(iii), "Documents shall be furnished without any charge ... if disclosure of the information is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in the commercial interest of the requester." Disclosure in this case meets the statutory criteria, as the records sought to detail the operations and activities of government. This request is also not primarily in my commercial request, as I am seeking the records as a journalist to analyze and freely release to members of the public.

If I am not granted a complete fee waiver, I request to be considered a member of the news media for fee purposes. I am willing to pay all reasonable duplication expenses incurred in processing this FOIA request.

I will appeal any denial of my request for a waiver administratively and to the courts if necessary.

**Documentation Files**

# Non-Individual FOIA Request

**Request Information**

Please see attachment

I request disclosure from the FBI the following records:

1. Any directive, memo, letter or email sent to the RIDS Section Chief or immediate deputies and aides, by FBI Director Kash Patel, his deputy, Dan Bongino, or his immediate deputy or aides between November 18, 2025 and the present ordering RIDS personnel and personnel/agents from the FBI's New York and Washington Field to review and redact the Jeffrey Epstein and Ghislaine Maxwell files in accordance with the Epstein Files Transparency Act.

2. A spreadsheet or similar data or document identifying the total number of FBI personnel who worked on processing, reviewing, redacting the Jeffrey Epstein files between November 18, 2025 and the present. PLEASE NOTE: I am not interested in personal identifiable information. I am only interested in the number of FBI personnel who worked on this matter, their titles, and the

field offices/divisions they work(ed) in.

3. The number of Premium Pay hours FBI personnel have spent on the review and redaction of the Epstein Files and the dollar amount in Premium Pay FBI has paid to personnel for reviewing and redacting the Epstein Files in response to the passage of the Epstein Files Transparency Act. If the hours each FBI employee worked is captured in a document I request a copy of that document as well. The timeframe for this part of the request is November 18, 2025 through the date the search for responsive records is conducted.

4. A budgetary document or dataset (if any such document exists) or a similar document  or dataset identifying the total costs for FBI personnel to process, review and redact the Epstein Files in response to the November 18, 2025 passage of the Epstein Files Transparency Act. The timeframe for this part of the request is November 18, 2025 through the date the search for responsive records is conducted.

5. Any documented instruction or direction provided to FBI personnel on how to process, review and redact the Epstein Files in accordance with the guidance set forth in the Epstein Files Transparency Act.  The timeframe for this part of the request is November 18, 2025 through the date the search for responsive records is conducted.

6. A copy of the processing guidelines, guidance or slide decks used by FBI employees who are tasked with reviewing and processing Jeffrey Epstein files following the passage of the Epstein Files Transparency Act. The timeframe for this part of the request is November 18, 2025 through the date the search for responsive records is

conducted.

7.  All communications to/from RIDS, the Office of the Director, the Deputy Director, the FBI NY and Washington, DC field Offices, the Resource Planning Office, and the Office of the Attorney General, the Office of the Deputy Attorney General, DOJ Public Affairs and the US Attorney's Office for the Southern District of New York referencing the Epstein Files and the Epstein Files Transparency Act. The timeframe for this part of the request is November 18, 2025 through the date the search for responsive records is conducted.

8. All communications between FBI and DOJ related to a letter from Jeffrey Epstein to Larry Nasar that was included in the release of Epstein Files by DOJ in December 2025. The official DOJ account posted on X a statement that said "The FBI has confirmed this alleged letter from Jeffrey Epstein to Larry Nassar is FAKE. The fake letter was received by the jail, and flagged for the FBI at the time." https://x.com/TheJusticeDept/status/2003574944483901816 The timeframe for this part of the request is November 18, 2025 through the date the search for responsive records is conducted.

9. All records and communications referencing the discovery and inclusion of Donald Trump's name in the Epstein Files. The timeframe for this part of the request is February 1, 2025 through the date the search for responsive records is conducted.

10. All communications, such as emails, memos, letters, text messages, Signal chat messages, referencing DOJ's conclusion that the Epstein Files the Department released in December 2025 "contain untrue and sensationalist claims made against President Trump that were submitted to the FBI right before the 2020 election. The claims are unfounded and false, and if they had a shred of credibility, they certainly would have been weaponized against President Trump already." It appears DOJ may in part be referring to tips sent to FBI

that contained incendiary claims that Donald Trump sexually abused a young woman. To be clear, the records I am seeking relate to the FBI's conclusion "right before the 2020 election" that certain references to Trump in the Epstein Files are "untrue" and "sensationalist." DOJ made this statement from its official X account on December 23, 2025. https://x.com/TheJusticeDept/status/2003442658643988641



U.S. Department of Justice **Exhibit 13**

**Federal Bureau of Investigation**
*Washington, D.C. 20535*

March 30, 2026

MR. JASON LEOPOLD
BLOOMBERG NEWS

FOIPA Request No.: 1728964-000
Subject: FBI Participation with the Epstein
Files Transparency Act
(On or After November 18, 2025)

Dear Mr. Leopold:

This acknowledges receipt of your Freedom of Information/Privacy Acts (FOIPA) request to the FBI. Below you will find check boxes and informational paragraphs about your request, as well as specific determinations required by these statutes. Please read each one carefully.

☑ Your request has been received at FBI Headquarters for processing.

☑ You submitted your request via the FBI's eFOIPA system.

    ☑ Future correspondence about your FOIPA request will be provided in an email link unless the record file type is not supported by the eFOIPA system.

    ☐ Correspondence for requests containing audio, video, or high-resolution photographs cannot be sent through the eFOIPA system. Future correspondence about your FOIPA request will be delivered through standard mail.

☐ The subject of your request is currently being processed and documents subject to the FOIPA will be released to you upon completion.

☐ Release of responsive records subject to the FOIPA will be posted to the FBI's electronic FOIA Library (The Vault), http:/vault.fbi.gov, and you will be contacted when the release is posted.

☑ Your request for a public interest fee waiver is under consideration and you will be advised of the decision if fees are applicable. If your fee waiver is not granted, you will be responsible for applicable fees per your designated requester fee category below.

☑ For the purpose of assessing any fees, we have determined:

    ☐ As a commercial use requester, you will be charged applicable search, review, and duplication fees in accordance with 5 USC § 552 (a)(4)(A)(ii)(I).

    ☑ As an educational institution, noncommercial scientific institution or representative of the news media requester, you will be charged applicable duplication fees in accordance with 5 USC § 552 (a)(4)(A)(ii)(II).

    ☐ As a general (all others) requester, you will be charged applicable search and duplication fees in accordance with 5 USC § 552 (a)(4)(A)(ii)(III).

Please check the status of your FOIPA request at www.vault.fbi.gov by clicking on "Check Status of your FOI/PA Request." Status updates are adjusted weekly. The status of newly assigned requests may not be available until the next weekly update. If the FOIPA has been closed, the notice will indicate that appropriate correspondence has been mailed to the address on file.

Additional information about the FOIPA can be found at www.fbi.gov/foia. Should you have questions regarding your request, please feel free to contact foipaquestions@fbi.gov. Please reference the FOIPA Request number listed above in all correspondence concerning your request.

If you are not satisfied with the FBI's determination in response to this request, you may proceed under any or all of the following options:

- You may seek dispute resolution services through the FBI directly by emailing our FOIA Public Liaison at foipaquestions@fbi.gov. The subject heading should clearly state "Dispute Resolution Services." Please also cite the FOIPA Request Number assigned to your request so it may be easily identified.

- You may contact the Office of Government Information Services (OGIS), who serves as the federal FOIA Ombudsman. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

- You may file an administrative appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, 441 G Street, NW, 6th Floor, Washington, D.C. 20530, or you may submit an appeal through OIP's FOIA STAR portal by creating an account following the instructions on OIP's website: https://www.justice.gov/oip/submit-and-track-request-or-appeal. **Pursuant to 28 C.F.R. § 16.8(a), your appeal must be postmarked or electronically transmitted within ninety (90) days of the date of this response to your request.** If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Please reference the FOIPA Request Number listed above in your correspondence so it may be easily identified. If possible, please provide a copy of your original request and this response letter with your appeal.

Note: Utilizing the FBI's dispute resolution services or requesting mediation through OGIS does not toll the ninety (90) day limit to file a timely appeal with OIP.

Sincerely,

Amie M. Napier
Section Chief
Record/Information Dissemination Section
Information Management Division

**Exhibit 14**

## Fwd: [EXTERNAL EMAIL] - Regarding my request 1728964-000

From: **FOIPAQUESTIONS@FBI.GOV** <FOIPAQUESTIONS@fbi.gov>
Date: Thu, Apr 9, 2026, 4:16 AM
Subject: RE: [EXTERNAL EMAIL] - Regarding my request 1728964-000
To: jasonleopold@gmail.com <jasonleopold@gmail.com>

Thank you for your inquiry regarding the status of your Freedom of Information Act/Privacy (FOIPA) request.  A review of your request has determined the following:

The request is presently in Initial Processing, where the assigned analyst is searching for, retrieving and reviewing potentially responsive records.

Requests are processed in the order in which they are received through our multi-track processing system.  Requests are divided into two primary tracks-simple (under 50 pages of potentially responsive documents) and complex (over 50 pages of potentially responsive documents).  Complex requests are further divided into small, medium, large, and extra-large sub-tracks based upon request size.  Simple track extra-small requests typically require the least amount of time to process. Currently, simple track cases average approximately 230 days from the date of receipt for processing.  Our complex requests in the small processing track are currently averaging 1,085 days, medium processing track are currently averaging 1,310 days, large processing track are currently averaging approximately 2,010 days, and extra-large processing track are currently averaging 2,370 days for processing.

The search for responsive records is ongoing for your request, so we do not yet know into which track it will fall.  The estimated date of completion is therefore based on the average processing time of complex requests in the large processing track.  Accordingly, the estimated date on which the FBI will complete action on your request is 2,010 days from the date the FBI opened your request.  Once the search has been completed, you may request an estimated date of completion.

Additional information regarding the Freedom of Information Act/Privacy is available at http://www.fbi.gov/ or http://www.fbi.gov/foia/.  If you require additional assistance please contact foipaquestions@fbi.gov.

Please check the status of your request online at http://vault.fbi.gov by clicking on the "Check Status of Your FOI/PA Request" link.    Status updates are performed on a weekly basis.

Respectfully,

Public Information Officer

Federal Bureau of Investigations

U.S. Department of Justice

O: (540) 868-4593

Email: foipaquestions@fbi.gov

Do you have further questions about the FOI/PA process? Visit us at http://www.fbi.gov/foia

Please check the status of your request online at https://vault.fbi.gov/fdps-1/@@search-fdps    Status updates are performed on a weekly basis.

Note:  This is a non-emergency email address.  If this is an emergency, please call 911 directly.  If you need to report a tip for immediate action, please contact FBI Tips at http://tips.fbi.gov/ or reach out to your local field office.

---

**From:** Jason Leopold <jasonleopold@gmail.com>
**Sent:** Wednesday, April 8, 2026 12:51 PM
**To:** FOIPAQUESTIONS <FOIPAQUESTIONS@FBI.GOV>
**Subject:** [EXTERNAL EMAIL] - Regarding my request 1728964-000

Please provide me with an estimated date of completion for this request.

Best,
Jason

Jason Leopold
Investigative Reporter

@jasonleopold
Subscribe to my newsletter, FOIA Files
https://www.bloomberg.com/account/newsletters/foia-files
Subscribe to my FOIA podcast, Disclosure
https://swap.fm/l/O8A3zzBKsGWpqLtjzLSF